[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 08-12021
_____

D. C. Docket No. 06-00152 CV-SSC-2

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 3, 2009
THOMAS K. KAHN
CLERK

GRETCHEN M. HULON,

Plaintiff-Appellant,

versus

NORTHEAST GEORGIA HEALTH SYSTEM, INC.,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(February 3, 2009)

Before MARCUS, KRAVITCH, and ANDERSON, Circuit Judges.

PER CURIAM:

The judgment of the district court is affirmed based upon the thorough and well-reasoned opinion of the magistrate judge.

AFFIRMED.